CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Ste. 1250
San Francisco CA 94111
(858) 375-7385; (888) 422-5191 fax
Attorneys for Plaintiff

JAN BUDDINGH, JR. (SBN: 113740)
jbuddingh@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 230-7719
Facsimile: (619) 696-7124
Attorneys for Defendant
AKKAYA, Inc., a California Corporation

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　Plaintiff,<br><br>　v.<br><br>AKKAYA, Inc., a California Corporation; and Does 1-10,<br><br>　　　Defendant. | Case: 5:21-CV-04834-EJD<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

1

## **STIPULATION**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: April 27, 2022                CENTER FOR DISABILITY ACCESS

                                     By:   /s/Amanda Seabock
                                           Amanda Seabock
                                           Attorneys for Plaintiff

Dated: April 27, 2022                GORDON & REES SCULLY MANSUKHANI

                                     By:   /s/Jan Buddingh, Jr.
                                           Jan Buddingh, Jr.
                                           Attorneys for Defendants
                                           Akkaya, Inc.

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Jan Buddingh, Jr., counsel for Akkaya, Inc., and that I have obtained Jan Buddingh, Jr. authorization to affix his electronic signature to this document.

Dated: April 27, 2022               CENTER FOR DISABILITY ACCESS

                                          By:   /s/Amanda Seabock
                                                  Amanda Seabock
                                                  Attorneys for Plaintiff